# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> v. <br> **ZEFERINO VILLANUEVA-VASQUEZ,** <br> Defendant. | **FILED EX PARTE AND UNDER SEAL** <br><br> Case No. 7:11-CR-29 (HL) |

## ORDER

This matter came to be heard on defendant's ex parte motion for payment of witness attendance fee and mileage for Hon. Richard Kent. Having considered the motion, the Court finds that it has merit and should be granted.

IT IS THEREFORE ORDERED that the Defendant's Ex Parte Motion For Payment of Witness Attendance Fee and Mileage is granted. The witness attendance fee and mileage for Hon. Richard Kent shall be paid by the government.

The Clerk of Court is directed to notify defense counsel by telephone that this motion has been granted.

Dated this 9th day of January, 2012.

                                                                    s/Hugh Lawson <br>
                                                                    Hon. Hugh Lawson <br>
                                                                    U.S. DISTRICT JUDGE